IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHNNY BINDER, JERRY ESKRIDGE, STEPHEN JAMES, DAJUAN JONES, STUART SAWYER, RICKY TILLMAN, RANDALL RIVAS, KENDALL SALTER, MICHAEL ORTIZ, LUIS RAMIREZ, MICHAEL TOMPKINS, CHRISTOPHER JONES, LARRY STEWART, ALBERT GALVAN, SHELL MOREHOUSE, AND CHAD CAKEBREAD<br><br>        Plaintiffs,<br>v.<br><br>PEVETOR COMPANIES, LTD d/b/a BRAKE CHECK,<br>        Defendant. | § § § § § § § § § § § § § § § § § § § § | CA No. 4:20-cv-670<br><br>JURY DEMANDED |

**PLAINTIFFS' MOTION FOR THE ENTRY OF AN**
**ORDER OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE CHIEF JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

COME NOW Plaintiffs, Johnny Binder, Jerry Eskridge, Stephen James, Dajuan Jones, Stuart Sawyer, Ricky Tillman, Randall Rivas, Kendall Salter, Michael Ortiz, Michael Tompkins, Larry Stewart and Albert Galvan ("Plaintiffs") moving for the entry of an Order dismissing this case with prejudice, showing as follows:

Prior to the need for Defendant to enter an appearance in this case, the parties have come to an agreement resulting in the resolution of all claims pending before the Court in this suit. Consequently, the Plaintiffs move for the entry of an Order from this Court dismissing this case with prejudice to the Plaintiffs' right to refile their claims, each party bearing their own costs. The

undersigned counsel represents to the Court that the consent of each plaintiff to the relief being requested has been secured.

                                                  Respectfully Submitted,

*/s/ Gregg M. Rosenberg*
Gregg M. Rosenberg
USDC SD/TX No. 7325
Texas State Bar ID 17268750
gregg@rosenberglaw.com
Tracey D. Lewis
USDC SD/TX No. 212007
Texas State Bar ID 24090230
tracey@rosenberglaw.com
ROSENBERG & SPROVACH
3518 Travis Street, Suite 200
Houston, Texas 77002
(713) 960-8300
(713) 621-6670 (Facsimile)
Attorney-in-Charge for Plaintiff

OF COUNSEL:
ROSENBERG & SPROVACH                ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

     I hereby certify that I served a copy of this document to all known parties by means of the ECF electronic filing system on May 26, 2020, in accordance with the Federal Rules of Civil Procedure.

                                                  */s/ Gregg M. Rosenberg*
                                                   Gregg M. Rosenberg