United States District Court
Southern District of Texas
**ENTERED**
May 28, 2020
David J. Bradley, Clerk

IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHNNY BINDER, JERRY ESKRIDGE, STEPHEN JAMES, DAJUAN JONES, STUART SAWYER, RICKY TILLMAN, RANDALL RIVAS, KENDALL SALTER, MICHAEL ORTIZ, LUIS RAMIREZ, MICHAEL TOMPKINS, CHRISTOPHER JONES, LARRY STEWART, ALBERT GALVAN, SHELL MOREHOUSE, AND CHAD CAKEBREAD<br><br>    Plaintiffs,<br>v.<br><br>PEVETOR COMPANIES, LTD d/b/a BRAKE CHECK,<br>    Defendant. | § § § § § § § § § § § § § § § § § § § | CA No. 4:20-cv-670<br><br>JURY DEMANDED |

## ORDER GRANTING PLAINTIFFS' MOTION FOR THE ENTRY OF AN ORDER OF DISMISSAL WITH PREJUDICE

On the motion of the plaintiffs and with the representation of their counsel that each plaintiff has consented, this matter is dismissed with prejudice, with each party bearing their own costs of court.

THIS IS A FINAL JUDGMENT.

SIGNED this  27th  day of   May  , 2020.

_____
CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS